UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RUSSELL E BURNS AND RICHARD PIOMBO, ET AL.**<br><br>      Plaintiffs,<br><br>vs.<br><br>**SUBSTRUCTURE SUPPORT, INC., ET AL.,**<br><br>      Defendants. | Case No.:  14-cv-350  YGR<br><br>**ORDER TO SHOW CAUSE RE: FAILURE TO FILE CASE MANAGEMENT STATEMENT; CONTINUING CASE MANAGEMENT CONFERENCE** |

On January 24, 2014, a clerk's notice setting a case management conference in this matter for April 21, 2014, issued.  (Dkt. No. 6.)  The parties' joint case management statement was due April 14, 2014.  Civil Local Rules 16-9(a).  As of the date of this Order, no case management statement has been filed.

The parties are **ORDERED TO SHOW CAUSE** why they should not be sanctioned for failure to comply with Local Rule 16-9(a).  A hearing on this Order to Show Cause will be held on **Monday, April 28, 2014, at 2:00 p.m.,** in the Federal Courthouse, 1301 Clay Street, Oakland, California, in Courtroom 5.

By no later than **Monday, April 21, 2014**, the parties shall file a written response to this Order to Show Cause, in addition to the required joint case management statement.  Failure to file a written response or to appear personally will be deemed an admission that no good cause exists and that the imposition of monetary sanctions is appropriate.

The Case Management Conference set for April 21, 2014, is **CONTINUED** to **April 28, 2014, at 2:00 p.m**.

**IT IS SO ORDERED.**

Date: April 15, 2014

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**