| | |
|---|---|
| 1 | Michele R. Stafford, Esq. (SBN 172509)<br>Erica J. Russell, Esq. (SBN 274494) |
| 2 | SALTZMAN & JOHNSON LAW CORPORATION<br>44 Montgomery Street, Suite 2110 |
| 3 | San Francisco, CA 94104<br>(415) 882-7900 |
| 4 | (415) 882-9287 – Facsimile<br>mstafford@sjlawcorp.com |
| 5 | erussell@sjlawcorp.com |
| 6 | Attorneys for Plaintiffs |

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RUSSELL E. BURNS, et al., | ) | Case No.: C14-00350 YGR |
| Plaintiffs, | ) | ORDER GRANTING<br>~~NOTICE OF~~ VOLUNTARY<br>DISMISSAL OF DEFENDANT<br>WESLEY DIAL |
| v. | ) | |
| SUBSTRUCTURE SUPPORT, INC., a California corporation; WESLEY DIAL, an individual; STEVE NEVILLE, an individual, | ) | |
| Defendants. | ) | |

PLEASE TAKE NOTICE that pursuant to F.R.C.P., Rule 41(a)(1), Plaintiffs RUSSELL E. BURNS, et al., voluntarily dismiss, with prejudice, their claim against Defendant WESLEY DIAL ("Defendant") only.  Defendant has neither served an answer nor moved for summary judgment, and Plaintiffs have not previously filed or dismissed any similar action against Defendant.

Dated: June 3, 2014                               SALTZMAN & JOHNSON
                                                             LAW CORPORATION

                                                             By:        /S/
                                                             Erica J. Russell
                                                             Attorneys for Plaintiffs

**IT IS SO ORDERED**
Judge Yvonne Gonzalez Rogers
6/4/2014

-1-
NOTICE OF VOLUNTARY DISMISSAL OF WESLEY DIAL
Case No.: C14-00350 YGR

P:\CLIENTS\OE3CL\Substructure Support Inc\Pleadings\2013\Notice of Voluntary Dismissal of Wesley Dial 060214.doc